No. 24. LUEGO v. GONZÁLEZ.—Appeal from the District Court of Mayaguez. Decided March 21, 1905. Dismissed on account of noncompliance with the provisions of sections 299 of the Code of Civil Procedure, and 50, 51 and 54 of the Regulations. *Mr. Smith,* for appellant; *Mr. García Cuervo,* for respondent.

No. 25. CÁMARA v. ESTATE OF ROSCH.—Appeal from the District Court of Mayaguez. Decided March 21, 1905. Dismissed on account of noncompliance with the provisions of sections 299 of the Code of Civil Procedure and 50, 51 and 54 of the Regulations. *Mr. Quintero,* for appellant; *Mr. Ramírez,* for respondent.

No. 44. MONTOYA v. ORTIZ.—Appeal from the District Court of Mayaguez. Decided April 3, 1905. Withdrawn on motion of the appellant. *Mr. Texidor,* for appellant.

No. 35. RODRÍGUEZ ET AL. v. GANDIA.—Appeal from the District Court of Mayaguez. Decided April 3, 1905. The appeal was dismissed on the ground of noncompliance with the provisions of sections 299 of the Code of Civil Procedure and 50 and 54 of the Regulations. *Mr. Ramírez,* for appellant.

No. 74. RODRÍGUEZ v. CANALS HERMANOS & Co.—Appeal from the District Court of Ponce. Decided April 4, 1905. Withdrawn on motion of the appellant. *Mr. Lopez de Tord,* for appellant.